JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC., a corporation,<br><br>      Defendant. | Case No.:  CV-11-05856 MWF (FFMx)<br><br>**JUDGMENT AFTER JURY TRIAL** |

On October 16, 2012, the above matter came on for jury trial between plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and defendant OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC.

The matter was tried before the Honorable Michael W. Fitzgerald, in the above-captioned court.  Plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA was represented by its attorneys Rebecca R. Weinreich and Douglas R. Irvine of Lewis Brisbois Bisgaard & Smith LLP.  Defendant OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC. was represented by its attorney David J. Garthe of Boornazian, Jensen & Garthe.

After hearing the evidence and the arguments of counsel, the case was

submitted to the jury.  The jury deliberated, and on October 26, 2012, after returning into court and being called the jurors rendered their unanimous verdict in writing on the issue of liability in favor of OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC.

Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure, by reason of the referenced verdict, and by reason of the court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Judgment is entered in favor of defendant OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC.; and

Plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA shall take nothing by way of its complaint against OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC.; and

OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC. is a prevailing party for the purpose of any recovery of allowed costs as set forth in Local Civil Rule 54.

**IT IS SO ORDERED.**

DATED:   November 7, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge