JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC., a corporation,<br><br>    Defendant. | Case No.: CV-11-05856 MWF (FFMx)<br><br>**JUDGMENT AFTER JURY TRIAL** |

On October 16, 2012, the above matter came on for jury trial between plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and defendant OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC.

The matter was tried before the Honorable Michael W. Fitzgerald, in the above-captioned court. Plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA was represented by its attorneys Rebecca R. Weinreich and Douglas R. Irvine of Lewis Brisbois Bisgaard & Smith LLP. Defendant OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC. was represented by its attorney David J. Garthe of Boornazian, Jensen & Garthe.

After hearing the evidence and the arguments of counsel, the case was

1  submitted to the jury.  The jury deliberated, and on October 26, 2012, after returning
2  into court and being called the jurors rendered their unanimous verdict in writing on
3  the issue of liability in favor of OLD REPUBLIC GENERAL INSURANCE
4  CORPORATION, INC.

5  Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil
6  Procedure, by reason of the referenced verdict, and by reason of the court's prior
7  orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as
8  follows:

9  Judgment is entered in favor of defendant OLD REPUBLIC GENERAL
10 INSURANCE CORPORATION, INC.; and

11 Plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
12 shall take nothing by way of its complaint against OLD REPUBLIC GENERAL
13 INSURANCE CORPORATION, INC.; and

14 OLD REPUBLIC GENERAL INSURANCE CORPORATION, INC. is a
15 prevailing party for the purpose of any recovery of allowed costs as set forth in
16 Local Civil Rule 54.

17

18 **IT IS SO ORDERED.**

19

20 DATED:   November 7, 2012

23 _____
    MICHAEL W. FITZGERALD
24  United States District Judge